IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN T. MASON,

       Plaintiff,                        No. CIV S-06-2440 LKK GGH P

    vs.

T. FELKER, et al.,

       Defendants.                 ORDER

_____/

        Plaintiff's original complaint was dismissed with leave to amend by order, filed on April 12, 2007. Plaintiff filed an amended complaint on May 14, 2007. The amended complaint has not yet been screened. Plaintiff now seeks an extension of time to file a second amended complaint to correct mistakes he made in the first amended complaint.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 31, 2007 motion for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint; failure to do so will result in the court's proceeding to screen the first amended complaint.

DATED: 9/10/07                                    /s/ Gregory G. Hollows

                                                        GREGORY G. HOLLOWS
                                                        UNITED STATES MAGISTRATE JUDGE

GGH:009/mp/maso2440.36