1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9    GLENN T. MASON,

10           Plaintiff,                    No. CIV S-06-2440 LKK GGH P

11       vs.

12   T. FELKER, et al.,

13           Defendants.              ORDER

14   _____/

15           Plaintiff's original complaint was dismissed with leave to amend by Order, filed

16   on April 12, 2007.  Plaintiff filed an amended complaint on May 14, 2007.  Before the amended

17   complaint was screened, plaintiff sought an extension of time to file a second amended complaint

18   to correct mistakes he had made in the first amended complaint, which extension he was granted.

19   See Order, filed on September 10, 2007.  Subsequently, on October 15, 2007, plaintiff requested

20   that this action be dismissed.  Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

21           Accordingly, the Clerk of Court shall close this case.

22   DATED: 10/31/07                      /s/ Gregory G. Hollows

23                                        _____
                                          GREGORY G. HOLLOWS
24                                        UNITED STATES MAGISTRATE JUDGE

     GGH:009/maso2440.59ggh
25

26